1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS W. LITTLETON, | ) Case No. CV 10-1655 AG(JC) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| SYLVIA H. GARCIA, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss is granted, the Requests for Evidentiary Hearing are denied, the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: December 31, 2010

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE